948

No. 642, Misc. IRVIN v. INDIANA. Petition for writ of certiorari to the Supreme Court of Indiana denied without prejudice to filing for federal habeas corpus after exhausting state remedies. Petitioner *pro se. Edwin K. Steers,* Attorney General of Indiana, and *Owen S. Boling* and *Richard M. Givan,* Deputy Attorneys General, for respondent.

No. 41. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, LOCAL No. 427, AFL, ET AL. v. FAIRLAWN MEATS, INC., *ante,* p. 20. Rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.

No. 313. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. v. CHICAGO RIVER & INDIANA RAILROAD CO. ET AL., *ante,* p. 30. Motion for leave to file brief of Railway Labor Executives' Association, as *amicus curiae,* in support of petition for rehearing granted. Petition for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion and application.

No. 648. YUCHI (EUCHEE) TRIBE OF INDIANS ET AL. v. UNITED STATES ET AL., 352 U. S. 1016. Motion for leave to file a second petition for rehearing denied. MR. JUSTICE BLACK and MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion.

MAY 6, 1957.

No. 849. McKINNEY v. MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL. C. A. 10th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Alan S. Rosenthal* for peti-

tioner. *M. E. Clinton* for the Missouri-Kansas-Texas Railroad Co., and *Sam Elson* for the Brotherhood of Railway and Steamship Clerks, Freight Handlers, Express and Station Employees, respondents.

No. 816. ATWOOD *v.* LYDICK. Supreme Court of Texas and/or Court of Civil Appeals of Texas, Third Judicial District. Certiorari denied. *W. C. Austin* for petitioner.

No. 847. DUDLEY *v.* UNITED STATES; and
No. 851. LONDOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Stanley D. Baskin* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 855. SHIRLEY-DUKE APARTMENTS, SECTION 1, INC., ET AL. *v.* MASON, FEDERAL HOUSING COMMISSIONER, ET AL. C. A. 4th Cir. Certiorari denied. *Armistead L. Boothe* and *Carl Budwesky* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for respondents.

No. 856. COLUMBIA PICTURES CORP. *v.* STEPHENS. C. A. 2d Cir. Certiorari denied. *Arthur H. Schwartz* for petitioner. *David Schenker* for respondent.

No. 860. WIESEN-HART, INC., *v.* ADVISERS, INCORPORATED. C. A. 6th Cir. Certiorari denied. *J. Warren Kinney, Jr.* for petitioner. *Stanton T. Lawrence, Jr.,* for respondent.